[No. 16618-2-I. Division One. December 15, 1986.]

FRANK ALEXANDER, *Appellant, v.* KING COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-13276-4, John W. Riley, J., entered May 16, 1985. *Affirmed* by unpublished opinion per Hansen, J. Pro Tem., concurred in by Durham and Ennis, JJ. Pro Tem.

[No. 15714-1-I. Division One. December 15, 1986.]

THE STATE OF WASHINGTON, *Respondent, v.* AMOS MATORY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83-2-02661-0, Byron L. Swedberg, J., entered May 1, 1985. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Coleman, JJ.

[No. 8190-3-II. Division Two. December 15, 1986.]

THE STATE OF WASHINGTON, *Respondent, v.* DALE EVAN ROUSH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00911-1, E. Albert Morrison, J., entered September 20, 1984. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.